Argued and submitted March 18, affirmed as modified April 13, 1988

In the Matter of the Marriage of

ELDRIDGE,
*Petitioner-Respondent,*
*and*

ELDRIDGE,
*Respondent-Appellant.*

(86-0388-NJ-2; CA A44885)

752 P2d 355

Michael McGrady, Eugene, argued the cause for respondent-appellant. On the brief was Charles O. Porter, Eugene.

Patricia Crain, Medford, argued the cause for petitioner-respondent. With her on the brief was Black, Hanson, Crain, Austin & Webber, Medford.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

On the basis of wife's concession at oral argument that she was not entitled to an award of attorney fees, we modify the dissolution judgment in that particular. The judgment is otherwise affirmed.

Award of attorney fees vacated; affirmed as modified. Costs to neither party.